IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cr-00389-GEB |
| Plaintiff, | |
| v. | ORDER |
| BOUNTHAVEE NERASIN, | |
| Defendant. | |

Defendant's motion for reduction of sentence filed December 21, 2010 (ECF No. 136) is denied since Defendant has not shown that the Court has jurisdiction to re-sentence Defendant.

Dated: January 15, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge